HARVEY ET AL., APPELLANTS, *v.* SHOUP, SUPERINTENDENT, ET AL., APPELLEES.

[Cite as *Harvey v. Shoup* (1995), 73 Ohio St.3d 714.]

(No. 94–2488—Submitted September 13, 1995—Decided October 4, 1995.)

*Briggs & Pry* and *R. David Briggs,* for appellants.

*Joyce K. Layborn,* for appellees.

The judgment of the court of appeals is reversed on the authority of *Adamsky v. Buckeye Local School Dist.* (1995), 73 Ohio St.3d 360, 653 N.E.2d 212.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

WRIGHT, J., dissents.